

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00115-CV

## IN THE INTEREST OF B.C., C.B. AND M.B., CHILDREN

_____

**From the 77th District Court
Limestone County, Texas
Trial Court No. CPS-210-A**

## MEMORANDUM  OPINION

Appellants, B.M. and C. B., each filed a notice of appeal of the trial court's order terminating their parental rights to their children.  Now, both B.M. and C.B. have each signed and prepared separate notices stating they no longer wish to prosecute the appeal.

Accordingly, this appeal as to both B.M. and C. B. is dismissed.  *See* TEX. R. APP. P. 42.1(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed June 2, 2010
[CV06]